UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-22003

DOUGLAS HALEY,

     Plaintiff,

v.

NCL (BAHAMAS) LTD.,

     Defendant.

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR, TIME, DATE AND LOCATION OF MEDIATION

COMES NOW, Plaintiff, DOUGLAS HALEY, and Defendant, NCL (BAHAMAS) LTD.,

in accordance with the Order (DE 10) hereby file this Notice of Selection of Mediator, Time, Date

and Location of Mediation as follows:

1.     Mediator:   Andrew Winston
       Date:       October 20, 2026
       Time:       10:00 am EST
       Location:   Winston Law Firm, P.A.
                  2924 Davie Rd #201, Fort Lauderdale, FL 33314

| | |
|---|---|
| /s/ Joshua Lopez__ | /s/ Todd L. Sussman |
| **JOSHUA LOPEZ, ESQ.** | **TODD L. SUSSMAN, ESQ.** |
| FBN: 1020513 | Florida Bar No.: 0084729 |
| Joshua.lopez@forthepeople.com | tsussman@nclcorp.com |
| leeha.vargasfranco@forthepeople.com | jjara@nclcorp.com |
| **MORGAN & MORGAN** | **NORWEGIAN CRUISE LINE** |
| 703 N.W. 62nd Ave. Ste. 1000 | 7665 Corporate Center Drive |
| Miami, FL 33126 | Miami, FL 33126 |
| Telephone: (786)450-5829 | Telephone: (305) 436-4653 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2026, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

MORGAN & MORGAN
Attorney for Plaintiff
703 Waterford Way
Suite 1000
Miami, FL 33126
T: 305-433-9829
F: 305-433-9731
joshua.lopez@forthepeople.com
leeha.vargasfranco@forthepeople.com

BY*/s/ Joshua Lopez*
**JOSHUA LOPEZ, ESQ.**
FBN: 1020513

## SERVICE LIST
CASE NO.: 1:26-cv-22003

**JOSHUA LOPEZ, ESQ.**
FBN: 1020513
Joshua.lopez@forthepeople.com
**MORGAN & MORGAN**
703 N.W. 62nd Ave. Ste. 1000
Miami, FL 33126
Telephone: (786)450-5829
 *Attorneys for Plaintiff*

**TODD L. SUSSMAN, ESQ.**
Florida Bar No.: 0084729
tsussman@nclcorp.com
jjara@nclcorp.com
**NORWEGIAN CRUISE LINE**
7665 Corporate Center Drive
Miami, FL 33126
Telephone: (305) 436-4653
*Attorney for Defendant*